# Third District Court of Appeal
## State of Florida

Opinion filed November 12, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1886
Lower Tribunal No. 17-4564
_____


**Tavares Jamelle Watkins,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Stacy D. Glick, Judge.

Tavares Jamelle Watkins, in proper person.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.


Before LOGUE, SCALES and LINDSEY, JJ.

PER CURIAM.

Affirmed.